1   STEVEN LAMON, SBN 124853
    LISA D. NICOLLS, SBN 234376
2   MURPHY AUSTIN ADAMS SCHOENFELD LLP
    304 "S" Street (95811-6906)
3   Post Office Box 1319
    Sacramento, California 95812-1319
4   Telephone:   (916) 446-2300
    Facsimile:    (916) 503-4000
5   Email:        slamon@murphyaustin.com
    Email:        lnicolls@murphyaustin.com
6

7   Attorneys for Use-Plaintiff
    ALL YEAR, INC.

8

                       UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12

13   The United States of America for the Use     Case No. C 11-05489 PSG
    and Benefit of ALL YEAR, INC., a
    California corporation,                  STIPULATION AND [PROPOSED]
14                                 ORDER DISMISSING ACTION WITH
                Use-Plaintiff,         PREJUDICE
15

16      v.

17   BONESO BROTHERS
    CONSTRUCTION, INC., a California
    corporation; LIBERTY MUTUAL
18   INSURANCE COMPANY, a
    Massachusetts corporation; and FIDELITY
19   AND DEPOSIT COMPANY OF
    MARYLAND, a Maryland corporation,
20
                Defendants.
21

22

23

24        Plaintiff The United States of America for the Use and Benefit of ALL YEAR, INC., a

25   California corporation (hereinafter "Plaintiff") and Defendant BONESO BROTHERS

26   CONSTRUCTION, INC., a California corporation (hereinafter "Defendant"), by and through

27   their respective counsel of record herein stipulate that the above-captioned action be dismissed in

28   its entirety and with prejudice, each party to bear its own costs.

                                  - 1 -                 4064.001-1183713.1

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

IT IS SO STIPULATED.

Dated: December ⟨0⟩, 2011          MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: _____

STEVEN LAMON
LISA D. NICOLLS
Attorneys for Use-Plaintiff
ALL YEAR, INC.

Dated: December ⟨2⟩, 2011          HERRIG & VOGT, LLP

By: _____

GEORGE F. VOGT, JR.
Attorneys for Defendant
BONESO BROTHERS CONSTRUCTION,
INC.

- 2 -

4064.001-1183713.1

COMPLAINT

1

<u>[PROPOSED] ORDER</u>

2   Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING:

3   IT IS HEREBY ORDERED that:

4       1.    The entire action is hereby dismissed with prejudice, each side to bear its own

5   costs.

6   IT IS SO ORDERED.

7

8   DATED: _____12/13/2011_____           _Paul S. Aene_____

9                                U.S. ~~DISTRICT COURT~~ JUDGE

10                               MAGISTRATE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

4064.001-1183713.1

COMPLAINT