STEVEN LAMON, SBN 124853
LISA D. NICOLLS, SBN 234376
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California 95812-1319
Telephone:  (916) 446-2300
Facsimile:  (916) 503-4000
Email:  slamon@murphyaustin.com
Email:  lnicolls@murphyaustin.com

Attorneys for Use-Plaintiff
ALL YEAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The United States of America for the Use and Benefit of ALL YEAR, INC., a California corporation,<br><br>              Use-Plaintiff,<br><br>     v.<br><br>BONESO BROTHERS CONSTRUCTION, INC., a California corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,<br><br>              Defendants. | Case No.  C 11-05489 PSG<br><br>STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |

Plaintiff The United States of America for the Use and Benefit of ALL YEAR, INC., a California corporation (hereinafter "Plaintiff") and Defendant BONESO BROTHERS CONSTRUCTION, INC., a California corporation (hereinafter "Defendant"), by and through their respective counsel of record herein stipulate that the above-captioned action be dismissed in its entirety and with prejudice, each party to bear its own costs.

IT IS SO STIPULATED.

Dated: December 6, 2011          MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: /s/ _____
STEVEN LAMON
LISA D. NICOLLS
Attorneys for Use-Plaintiff
ALL YEAR, INC.

Dated: December 2, 2011          HERRIG & VOGT, LLP

By: _____
GEORGE F. VOGT, JR.
Attorneys for Defendant
BONESO BROTHERS CONSTRUCTION, INC.

- 2 -

COMPLAINT

4064.001-1183713.1

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that:

1. The entire action is hereby dismissed with prejudice, each side to bear its own costs.

IT IS SO ORDERED.

DATED: 12/13/2011                              *[signature]* Paul S. Grewal
                                               U.S. ~~DISTRICT COURT~~ JUDGE
                                               MAGISTRATE